# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1813
Lower Tribunal No. 91-30032
_____

**Tyrone Coates,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Tyrone Coates, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before WELLS, EMAS and FERNANDEZ, JJ.

WELLS, Judge.

Tyrone Coates appeals the trial court's denial of his motion to correct an illegal sentence. We treat this matter as an appeal from an order denying postconviction relief under Florida Rule of Criminal 3.850 and affirm. See Geter v. State, 115 So. 3d 375 (Fla. 3d DCA 2012), rehearing denied, 115 So. 3d 385 (Fla. 3d DCA 2013).